Paul D. Milne, as Administrator, etc., of Charles D. Milne, Deceased, Respondent, v. Margaret C. Gidden, Appellant.— Judgment and order affirmed, with costs.  All concurred.

S. Shopiro Company, Respondent, v. Maryland Casualty Company, Appellant.— Judgment and order affirmed, with costs.  All concurred; McLennan, P. J., not sitting.

The People of the State of New York ex rel. Charles Ray, Appellant, Respondent, v. George W. Benham, as Agent and Warden of State Prison at Auburn, Respondent, Appellant.— Order affirmed.  All concurred, except Kruse, J., who voted for a modification of the order by requiring the warden to return the relator forthwith to the custody of the sheriff of the county of Oneida and that judgment be pronounced by the County Court of Oneida county against said relator according to law, as provided by said order.

Gilbert H. Hawley, Respondent, v. Charles A. Borst, Appellant.— Judgment and order affirmed, with costs.  All concurred.

Charles H Stiles, Respondent, v. Adelbert E. Norton, Appellant.— Judgment and order affirmed, with costs.  All concurred.

The People of the State of New York ex rel. Newton Lincoln, Respondent, v. W. F. Fischer, as President of the Village of Mayville, Chautauqua County, New York, and Others, Constituting the Inspectors of Election of Said Village, Impleaded with J. H. Timmons, Appellant.— Order affirmed, with costs.  All concurred.

In the Matter of the Estate of Jefferson Henshaw, Deceased.  Emma J. Swetland and Mary E. Morgan, as Administrators with the Will Annexed, etc., of Jefferson Henshaw, Deceased, Appellants; Milton J. Munson, as Executor, etc., of Sarah Ann Munson, Deceased, and Others, Respondents.— Decree affirmed, with costs.  All concurred.

Levi Greenblat, Appellant, v. Edward V. Bryant, Respondent.— Judgment and order affirmed, with costs.  All concurred.

Esther S. Stanfield, as Administratrix, etc., of Frederick Stanfield, Deceased, Appellant, v. Town of Hamburg, Respondent.— Judgment affirmed, with costs.  All concurred, except McLennan, P. J., who dissented upon the ground that the questions of negligence and of freedom from contributory negligence are questions of fact for the jury.

Village of Charlotte, Appellant, v. John M. Keon, Respondent.— Motion for leave to appeal to Court of Appeals granted.

The People of the State of New York ex rel. Frontier Electric Railway Company, Appellant, v. City of North Tonawanda, Respondent.— Motion to amend decision denied, with ten dollars costs.  All concurred, except Spring and Kruse, JJ, who dissented.

In the Matter of the Application of Charles O. Roberts and Others for the Removal of Thomas J. Acheson as Supervisor of the Town of Philadelphia, Jefferson County, New York.— Report of the referee confirmed, the said Thomas J. Acheson removed from his office of supervisor, and the town board directed to audit and pay as town charges the fees and disbursements of the referee and the stenographer's fees, and have recourse therefor to the said Thomas J. Acheson.